ORIGINAL

FILED
SEP 21 2007
U.S. COURT OF FEDERAL CLAIMS

GJ STILLSON MacDONNELL, Bar No. 126857
WILLIAM HAYS WEISSMAN, Bar No. 178976
TERESA KUO, Bar No. 235859
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
Telephone: 415.288.6347
Facsimile: 415.680.1687

Attorneys for Plaintiff
THE OUTSOURCE GROUP, LLC.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE OUTSOURCE GROUP, LLC.,<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendants. | Case No. 07-684 T<br>**PLAINTIFF' STATEMENT OF CORPORATE INTERESTS (RCFC 7.1)** |

**PLEASE TAKE NOTICE THAT** pursuant to the Rules of the United States Court of Federal Claims 7.1, notice is hereby given by counsel of record for the Outsource Group, LLC. that the following corporate interests are disclosed:

1. Parent of the Outsource Group, LLC.: Payroll and Benefits Experts, Inc., an S Corporation solely owned by Mr. Kevin Grauman, is a 50% shareholder of the Outsource Group. The other 50% interest is owned by an individual.

2. Publicly held corporations that own 10% or more of the Outsource Group, LLC.'s stock: None.

Dated: September 20, 2007

William Hays Weissman
WILLIAM HAYS WEISSMAN
LITTLER MENDELSON
A Professional Corporation
Attorneys for Plaintiff
THE OUTSOURCE GROUP, LLC.

Firmwide:83124719.1 055279.1001