***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

| | | |
|---|---|---|
| THE OUTSOURCE GROUP, LLC., | ) | |
| Plaintiff, | ) | **No. 07-684 T** |
| | ) | **(Judge Christine O.C. Miller)** |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

MOTION FOR SUSPENSION

The parties respectfully request for the following reasons that this Court suspend proceedings in the above-captioned case until there is a final decision in the case of *CSX Corporation v. United States*, Fed.Cl. No. 95-858 T.

The parties expect that the facts of this case fall within the scope of the Court's decision in *CSX*. That decision has been appealed to the Court of Appeals for the Federal Circuit, and oral argument was held on October 2, 2007. The parties in this case expect that the Federal Circuit's decision in *CSX* will control the resolution of this case. Therefore, the parties request that the Court suspend proceedings in this case pending a final decision in *CSX*. The parties propose to submit status reports every 90 days to keep the Court advised of the progress

of the *CSX* case.

Respectfully submitted,

11/15/07 s/William H. Weissman
DATE

WILLLIAM H. WEISSMAN, ESQUIRE
Littler Mendelson
650 California St.
20th Floor
San Francisco, California 94108-2693
(415) 288-6347

Counsel for Plaintiffs

11/15/07 s/Benjamin C. King, Jr.
DATE

BENJAMIN C. KING, JR.
Attorney of Record
Justice Department (Tax)
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

11/15/07 s/David Gustafson
DATE

Of Counsel

Counsel for Defendant

