# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THE OUTSOURCE GROUP, LLC,** *

Plaintiff, *

v. * No. 07-684T

**THE UNITED STATES**, * (Filed Nov. 16, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The parties' joint Motion for Suspension filed on November 15, 2007, is granted. Accordingly,

**IT IS ORDERED**, as follows:

1. This case is stayed pending further order of the court.

2. The parties shall file a Joint Status Report at 60-day intervals commencing on January 16, 2008, or sooner if a decision is issued in CSX Corp. v. United States, Nos. 07-5003 & 07-5007 (Fed. Cir. argued Oct. 2, 2007).

s/ Christine O.C. Miller

__________________________________________

**Christine Odell Cook Miller**
Judge