***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

| | | |
|---|---|---|
| THE OUTSOURCE GROUP, LLC., | ) | |
| Plaintiff, | ) | **No. 07-684 T** |
| | ) | **(Judge Christine O.C. Miller)** |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court Order, the parties submit the following joint status report regarding the status of proceedings in *CSX Corporation v. United States*, Fed.Cl. No. 95-858 T.

There have been no developments to report on *CSX* 0since the oral argument on October 2, 2007. It is expected that a decision will be forthcoming in the next few months. Once the decision is rendered by the Federal Circuit it is possible that a petition for certiorari will be filed. The parties will submit another status report 60 days from the date of this report.

Respectfully submitted,

1/25/08
DATE

s/William H. Weissman
WILLLIAM H. WEISSMAN, ESQUIRE
Littler Mendelson
650 California St.
20th Floor
San Francisco, California 94108-2693
(415) 288-6347
Counsel for Plaintiffs

1/25/08
DATE

s/Benjamin C. King, Jr.

BENJAMIN C. KING, JR.
Attorney of Record
Justice Department (Tax)
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

1/25/08
DATE

s/David Gustafson
Of Counsel

Counsel for Defendant