***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

| | | |
|---|---|---|
| THE OUTSOURCE GROUP, LLC., | ) | |
| Plaintiff, | ) | **No. 07-684 T** |
| | ) | **(Judge Christine O.C. Miller)** |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court Order, the parties submit the following joint status report regarding the status of proceedings in *CSX Corporation v. United States*, Fed.Cl. No. 95-858 T.

The Federal Circuit entered decision in *CSX* on March 6, 2008, reversing the trial court's decision that controls the above-captioned case. The plaintiff in *CSX* has 45 days from March, 6, 2008, to file a motion for rehearing. If such a motion is filed, the plaintiff will have 90 days after it is ruled on by the Federal Circuit to file a petition for certiorari in the Supreme Court. Therefore, it is not likely that the *CSX* decision will be final until late summer. The parties propose that they file another status report in 90 days advising the Court of the status of proceedings in *CSX*.

Respectfully submitted,

4/7/08
DATE

s/William H. Weissman
WILLLIAM H. WEISSMAN, ESQUIRE
Littler Mendelson
650 California St.
20th Floor
San Francisco, California 94108-2693
(415) 288-6347
Counsel for Plaintiffs

4/7/08
DATE

s/Benjamin C. King, Jr.
BENJAMIN C. KING, JR.
Attorney of Record
Justice Department (Tax)
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

4/7/08
DATE

s/David Gustafson
Of Counsel

Counsel for Defendant