***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

| | | |
|---|---|---|
| THE OUTSOURCE GROUP, LLC., | ) | |
| Plaintiff, | ) | **No. 07-684 T** |
| | ) | **(Judge Christine O.C. Miller)** |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court Order, the parties submit the following joint status report regarding the status of proceedings in *CSX Corporation v. United States*, Fed.Cl. No. 95-858 T.

The Federal Circuit entered decision in *CSX* on March 6, 2008, reversing the trial court's decision that controls the above-captioned case. On May 13, 2008, the Federal Circuit denied *CSX's* petition for rehearing. CSX has until August 11, 2008, to file a petition for certiorari with the United States Supreme Court, an action which the parties feel is likely. The parties propose

that they file another status report on August 12, 2008, advising the Court of the status of proceedings in *CSX*.

Respectfully submitted,

6/12/08
DATE

s/William H. Weissman
WILLLIAM H. WEISSMAN, ESQUIRE
Littler Mendelson
650 California St.
20th Floor
San Francisco, California 94108-2693
(415) 288-6347
Counsel for Plaintiffs

6/12/08
DATE

s/Benjamin C. King, Jr.
BENJAMIN C. KING, JR.
Attorney of Record
Justice Department (Tax)
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

6/12/08
DATE

s/David Gustafson
Of Counsel

Counsel for Defendant



3013133.1